UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARVIN MINOR, | * |
| Petitioner, | * |
| v. | *   Civil Action No. 14-cv-12293-IT |
| KELLY RYAN, | * |
| Respondent. | * |

ORDER

March 11, 2015

TALWANI, D.J.

In response to the court's January 28, 2015 Memorandum & Order [#20], granting in part and denying in part Respondent's motion to dismiss, Petitioner Marvin Minor has voluntarily withdrawn grounds (2) and (3) for relief in his petition for a writ of habeas corpus, which had not been properly exhausted in state court. See Motion to Voluntarily Dismiss Unexhausted Claims and Proceed Upon His Exhausted Claim [#22]. In light of this withdrawal and pursuant to the court's January 28, 2015 Memorandum and Order, the court sets the following briefing schedule for Petitioner's first ground for relief:

Petitioner shall file a memorandum in support of his petition no later than May 11, 2015. Respondent shall file a memorandum in opposition of the petition no later than July 10, 2015.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge