UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARVIN MINOR,                          *
                                       *
                Petitioner,            *
                                       *
        v.                             *        No. 14-cv-12293-IT
                                       *
KELLY RYAN,                            *
                                       *
                Defendants.            *

ORDER

August 17, 2017

TALWANI, D.J.

        After considering the Magistrate Judge's July 28, 2017 Report and Recommendation

[#57], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the

Report and Recommendation [#57] for the reasons set forth therein.  Petitioner Marvin Minor's

Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus [#1] is DENIED.

        IT IS SO ORDERED.

                                              /s/ Indira Talwani
                                              United States District Judge